# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JAMES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CMH MANUFACTURING WEST, INC., a Nevada corporation; CMH HOMES, INC., a Tennessee corporation; CLAYTON HOMES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-00527-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION**<br><br><br>Complaint Filed: December 29, 2025<br>Removal Date:    February 20, 2026<br>Trial Date:        None |

## ORDER

Having received and reviewed the Joint Stipulation (D.E. 6) filed by Plaintiff Ryan James ("Plaintiff") and CMH Manufacturing West, Inc., CMH Homes, Inc., and  Clayton Homes, Inc. (collectively, "Defendants"; Plaintiff and Defendants are the "Parties"), and good cause appearing, the Court hereby ORDERS as follows:

The Parties' Joint Stipulation is GRANTED.

It is ORDERED that, that the requirement to identify the type of case and provide new deadlines as set forth in Section XII of the Court's Scheduling Order (D.E. 5) be continued until there is a determination as to whether Plaintiff's claims are subject to arbitration, either by way of an agreement or a ruling on a motion to compel arbitration.

**IT IS SO ORDERED.**

Dated: April 6, 2026

_____

Troy L. Nunley
Chief United States District Judge

ORDER GRANTING JOINT STIPULATION