# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

RYAN JAMES, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

vs.

CMH MANUFACTURING WEST, INC., a Nevada corporation; CMH HOMES, INC., a Tennessee corporation; CLAYTON HOMES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:26-cv-00527-TLN-AC

**ORDER GRANTING JOINT STIPULATION**

Complaint Filed: December 29, 2025
Removal Date:    February 20, 2026
Trial Date:      None

1
ORDER GRANTING JOINT STIPULATION

## ORDER

Having received and reviewed the Joint Stipulation to Arbitrate Plaintiff's Individual Claims and Stay Representative PAGA Claims (D.E. 10) filed by Plaintiff Ryan James ("Plaintiff") and CMH Manufacturing West, Inc., CMH Homes, Inc., and Clayton Homes, Inc. (collectively, "Defendants"; Plaintiff and Defendants are the "Parties"), and good cause appearing, the Court hereby ORDERS as follows:

1. The Parties' Joint Stipulation is GRANTED;

2. Plaintiff is ordered to arbitrate his individual claims pursuant to the terms of the Parties' Mutual Agreement to Arbitrate Claims (D.E. 10-1);

3. Plaintiff's non-individual, representative PAGA claim is stayed pending resolution of the arbitration of Plaintiff's individual claims;

4. If remand is sought in this action, the time elapsed during the stay shall not prejudice any consideration of whether remand was promptly sought;

5. The Clerk is directed to file the proposed First Amended Complaint (D.E. 10-2) as of the date of entry of this Order; and

6. The class claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE